IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOLAINA WASHINGTON-POPE, : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| CITY OF PHILADELPHIA et al., : | No. 12-4300 |
| Defendants. : | |

# ORDER

**AND NOW**, this 22nd day of October, 2013, upon consideration of Mr. Bailey's second Motion for Summary Judgment (Docket No. 16), Section C[1] of the City of Philadelphia's Motion for Summary Judgment (Docket No. 17), Ms. Washington-Pope's responses thereto (Docket Nos. 18 & 19), oral argument held on October 15, 2013, and the City of Philadelphia's Supplemental Memorandum (Docket No. 21), **it is hereby ORDERED that:**

1. Mr. Bailey's Motion for Summary Judgment (Docket No. 16) is **GRANTED**;
2. the City of Philadelphia's Motion for Summary Judgment (Section C) (Docket No. 17) is **DENIED**; and
3. Counsel for Ms. Washington-Pope and the City of Philadelphia shall appear in Chambers (Room 10613, 601 Market Street, Philadelphia, Pennsylvania, 19106) at 4:30 PM on Monday, November 18, 2013, for a status and scheduling conference.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

---

[1] In a letter to the Court and as confirmed at oral argument, the City of Philadelphia withdrew all but Section C of its Motion for Summary Judgment without prejudice to raising its other arguments later in this litigation.

1