IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YOLAINA WASHINGTON-POPE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA et al.,** | : | **No. 12-4300** |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 23nd day of November, 2015, upon consideration of the City of Philadelphia's Motion for Summary Judgment (Doc. No. 32), Plaintiff Yolaina Washington-Pope's Response in Opposition to Defendant's Motion for Summary Judgment , Memorandum of Law in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment and Plaintiff's Response in Opposition to Defendant's Statement of Facts (Doc. Nos. 35, 36, 37), and oral argument held on March 13, 2015, **it is hereby ORDERED that:**

1. the City of Philadelphia's Motion for Summary Judgment as to Plaintiff's claims brought under the Fifth Amendment to the United States Constitution (Doc. No. 32, Section IV. A.) is **GRANTED**;

2. the remainder of the City of Philadelphia's Motion for Summary Judgment is **DENIED**; and

3. Counsel for Ms. Washington-Pope and the City of Philadelphia shall appear in Chambers (Room 10613, 601 Market Street, Philadelphia, Pennsylvania, 19106) at **2:30 PM on December 4, 2015**, for a status and scheduling conference.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge